1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  PEGGY SASSO, Bar #228906
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  EFRAIN PEREZ-LOPEZ

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            )
                                         )   No. 1:09-cr-0357 OWW
12              *Plaintiff,*             )
                                         )   STIPULATION TO CONTINUE  STATUS
13       v.                              )   CONFERENCE; ORDER
                                         )
14  EFRAIN PEREZ-LOPEZ,                  )   Date:  November 30, 2009
                                         )   Time:  9:00 a.m.
15              *Defendant.*             )   Judge: Hon. Oliver W. Wanger
    _____)

16

17       **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

18  counsel that the status conference in the above-captioned matter now set for November 16, 2009, **may be**

19  **continued to November 30, 2009 at 9:00 A.M.**

20       This continuance is at the request of counsel for defendant.  Counsel will be unavailable and out of

21  the office the week of November 16, 2009 due to a mandatory training conference out of state.  This

22  continuance will also allow for additional time for plea negotiations   The requested continuance will

23  conserve time and resources for the parties and the court.

24  ////

25  ///

26  ///

27  ///

28  ///

Defendant's Stipulation and Proposed Order

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

                                                  LAWRENCE BROWN
                                                  United States Attorney

DATED: November 12, 2009         By:   /s/ Susan Phan
                                                       SUSAN PHAN
                                                       Assistant United States Attorney
                                                       Attorney for Plaintiff

                                                DANIEL J. BRODERICK
                                                Federal Defender

DATED: November 12, 2009         By:   /s/ Peggy Sasso
                                                      PEGGY SASSO
                                                     Assistant Federal Defender
                                                     Attorney for Defendant
                                                   Efrain Perez-Lopez

## **O R D E R**

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

                    IT IS SO ORDERED.

**Dated:**   **November 12, 2009**              **/s/ Oliver W. Wanger**
                                                 UNITED STATES DISTRICT JUDGE